**Eleanor M. HESSE, Appellant,**

v.

**Jesse BROWN, Secretary of Veterans Affairs, Appellee.**

No. 90–763.

United States Court of Veterans Appeals.

Oct. 26, 1994.

Before KRAMER, MANKIN, and IVERS, Judges.

**ORDER**

PER CURIAM.

On October 13, 1994, the parties filed a joint motion requesting that the stay in this

case be lifted and asking that judgment be entered against the appellant as the appellant concedes would be required under the decisions of the Court in *Zevalkink v. Brown*, 6 Vet.App. 483 (1994), and *Landicho v. Brown*, 7 Vet.App. 42 (1994) (consolidated with *Oseo v. Brown*, No. 92–90).

On consideration of the foregoing, it is

ORDERED that the appeal is DISMISSED. It is further

ORDERED that judgment will be entered on the date of this order. Pursuant to Rule 41(b) of the Court's Rules of Practice and Procedure, this order constitutes the mandate of this Court.